JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JEREMY NUNLEY,

Plaintiff,

v.

LVNV FUNDING LLC RESURGENT CAPITAL SERVICES LLP et al.,

Defendants.

Case No. 2:26-cv-04225-SB-DMK

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Jeremy Nunley's claims are dismissed with prejudice for failure to state a claim.

This is a final judgment.

Date: August 11, 2026

Stanley Blumenfeld, Jr.
United States District Judge